UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CASCADIA WILDLANDS; WILLAMETTE RIVERKEEPER; OREGON WILD and NATIVE FISH SOCIETY,<br><br>    Plaintiffs,<br><br>v.<br><br>EUGENE WATER & ELECTRIC BOARD,<br><br>    Defendant. | Case No. 6:25-cv-00446-MTK<br><br>**JUDGMENT** |

**KASUBHAI,** United States District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

DATED this <u>8th</u> day of August 2025.

                                            s/ Mustafa T. Kasubhai
                                            MUSTAFA T. KASUBHAI (He / Him)
                                            United States District Judge